

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**9/24/2015**                                                                    **COA No. 12-14-00145-CR**
**MCNEILL, DOUGLAS EUGENETr. Ct. No. 31264**                **PD-1015-15**
This is to serve notice to the court of appeals that this Court granted a motion for extension of time to file a petition for discretionary review until August 31, 2015. The time for filing the petition for discretionary review has expired.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *